*George Papazoglou,* for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued May 2—decided May 2, 1972

### ALFRED E. LEMAY *v.* LUCY T. LEMAY

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is granted.

*George Papazoglou,* for the appellee (plaintiff).

No appearance for the appellant (defendant).